DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOCA RATON REGIONAL HOSPITAL, INC.,**
Appellant,

v.

**BARBARA SLAKMAN, JONATHAN B. COURTNEY,** and **ORTHOPAEDIC SURGERY ASSOCIATES, INC.,**
Appellees.

No. 4D2025-1554

[March 5, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502024CA004179.

Scott C. Cochran, Fort Lauderdale, and Manuel R. Comras, Palm Beach Gardens, of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., for appellant.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and Lisa S. Levine of Lisa S. Levine, P.A., Weston, for appellee Barbara Slakman.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***